AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:22–mj–00192 |
| JIN GUANGHUA | ) | Assigned To : Magistrate Judge Meriweather, Robin M. |
|  | ) | Assign. Date : 8/22/2022 |
|  | ) | Description: Complaint w/ Arrest Warrant |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 2016 - Present__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 50 U.S.C. § 1701-1707 | IEEPA |
| 18 U.S.C. § 371 | Conspiracy |
| 18 U.S.C. § 1344 | Bank Fraud |
| 18 U.S.C. §§ 1956(a)(2)(A) and (h) | Money Laundering and Conspiracy |
| 31 U.S.C. § 5322 | Bank Secrecy Act |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

Joy Gallante, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **Telephone** (specify reliable electronic means).

Date: 08/22/2022

*Judge's signature*

City and state: Washington, DC

Robin M. Meriweather, US Magistrate Judge
*Printed name and title*