Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                         Criminal No.        23-91

SIM HYON-SOP (1)
JIN GUANGHUA (2)                    Category        B
QIN GUOMING (3)
HAN LINLIN (4)

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on __6/21/2023__ from __Judge Colleen Kollar-Kotelly__ to __Calendar Committee__ by direction of the Calendar Committee.

(Defendants are Fugitives)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case Management Committee

cc:    Judge Colleen Kollar-Kotelly    & Courtroom Deputy
       Calendar Committee

       U.S. Attorney's Office – Judiciary Square Building, Room 5133
       Statistical Clerk