Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.   Criminal No.   23-91

JIN GUANGHUA (2)   Category   B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on  9/30/2024  from  Calendar Committee  to  Judge Colleen Kollar-Kotelly  by direction of the Calendar Committee.

(Defendant is No Longer a Fugitive)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc:   Judge Colleen Kollar-Kotelly   & Courtroom Deputy
Calendar Committee
U.S. Attorney's Office – Judiciary Square Building, Room 5133
Statistical Clerk