UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | } </br> } </br> } |
| v. | } </br> } </br> } |
| GUANGHUA JIN, | } </br> } |
| Defendant. | } </br> } </br> } </br> } |

Criminal No. 23-CR-91-CKK

## MOTION FOR LEAVE TO FILE MOTION REGARDING ADDITIONAL UNDERCOVER RECORDINGS AND TRANSCRIPTS ON AUGUST 26, 2025

Jin Guanghua, through counsel, respectfully asks the Court for leave to file his motion regarding the admissibility of transcript and recordings relating to the UC operation on August 26, 2025.

At the August 22 pretrial hearing, the government announced that it would only be providing selected recordings and transcripts from the undercover operation. On August 25, 2025, shortly after noon, the government provided the defense with the specific transcripts that it intends to introduce at trial. These transcripts represent only a fraction of the recordings generated by the UC operation. Additionally, one of the transcripts is heavily redacted.

Presented with this information, the defense is working to assess what additional recordings and transcripts it will seek to introduce at trial. In addition, the defense is still assessing the extent of the redactions that it will seek to challenge or remove. In order to do this, the defense has requested additional information from the government.

Given the time necessary to assess and respond to this newly-disclosed information, Mr. Jin respectfully asks this Court for leave to file a motion on this matter, if one is necessary, on August 26, 2025.

Respectfully submitted,

By: /s/ Eugene Gorokhov
Eugene Gorokhov, Esq.
D.C. Bar No. 979785
Burnham & Gorokhov, PLLC
1634 I Street NW, Suite 575
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com

**CERTIFICATE OF SERVICE**

A copy of the foregoing motion was filed via ECF, which automatically sends a copy to all counsel of record.

Respectfully submitted,

By: /s/ Eugene Gorokhov
Eugene Gorokhov, Esq.
D.C. Bar No. 979785
Burnham & Gorokhov, PLLC
1634 I Street NW, Suite 575
Washington, D.C. 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com