CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |
|---|---|
| vs. | ) |
| | ) |
| JIN GUANGHUA | ) |
| | ) |

Civil/Criminal No.: _____ 23-CR-091-2 _____

## NOTE FROM JURY

Can we have 1x page of the
7 charges w/ definitions?

We would like 12x copies.

This will make it easier
for us to discuss each
charge and have a
full understanding.

As well as a second binder
w/ instructions.

Date: 9/26/25

Time: 10:01 pm

FOREPERSON

Members of the Jury,

In response to your note dated September 26, 2025, at 10:01 AM, the Court is providing you with (i) one additional binder containing the complete jury instructions, and (ii) twelve copies of the section of the instructions that relate to the charges in the indictment. This material is provided in addition to the (iii) original binder containing the jury instructions and the (iv) two verdict forms, both of which you were provided earlier this morning.

**Dated: September 26, 2025**

COLLEEN KOLLAR-KOTELLY
United States District Judge

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
vs.                          )          Civil/Criminal No.: ___23-CR-091-2___
)
JIN GUANGHUA                 )
)

## NOTE FROM JURY

Could we please have legal
pads and some highlighters?
+ post-It notes?

Date: ___9/26/25___

Time: ___10:25___

_____
FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                    )

Civil/Criminal No.: ___23-CR-091-2___

JIN GUANGHUA

## NOTE FROM JURY

IS there a way to
get The names of
each exhibit
from The prosecution?

We are having difficulty finding contents
of the exhibits by only their numbers.
Is there a basic description of the contents
of each exhibit that can be provided?

Date: __9/26__

Time: __11:45__

_____
FOREPERSON

Members of the Jury,

In response to your note dated September 26, 2025, at 11:45 AM, in which you requested a basic description of each exhibit from the prosecution, the Court is providing you with the Government's exhibit list. This list contains a brief description of each exhibit that the Government admitted into evidence.

**Dated: September 26, 2025**

_Colleen Kollar-Kotelly_
COLLEEN KOLLAR-KOTELLY
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CASE NO. 23-cr-91 |
| v. | : | |
| | : | |
| JIN GUANGHUA, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date and time) |
|---|---|---|---|---|---|
| 000 Series: ID Photos | | | | | |
| 001 | Photo of Defendant Jin Guanghua | X | X | | |
| 002 | Photo of James Han | X | X | | |
| 003 | Photo of Qin Guoming | X | X | | |
| 004 | Photo of Sim Hyon-Sop | X | X | | |

1

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date and time) |
|---|---|---|---|---|---|
| | | 100 Series: Email Records + Other SW Return Records | | | |
| | | | | | |
| 101 | Selection of Emails from Ex. 100 | | | | |
| p. 1&3 | December 25, 2018 email of Yu (woo318@qq.com) | X | X | | |
| p.4, 6-11 | December 25, 2018 email of Cheng Huiyan | X | X | | |
| p.12-18 | December 25, 2018 email of Cheng Huiyan | X | X | | |
| p.20 | December 28, 2018 email of Yu (woo318@qq.com) | X | X | | |
| p.41-45 | January 3, 2019 email of Yu (woo318@qq.com) | X | X | | |
| p.46-49 | February 13, 2019 email of Yu (woo318@qq.com) | X | X | | |
| p.50-51 | February 15, 2019 email of Yu (woo318@qq.com) | X | X | | |
| p.52-54 | February 15, 2019 email of Yu (woo318@qq.com) | X | X | | |
| p.55-59 | February 17, 2019 email of Yu (woo318@qq.com) | X | X | | |
| p.138 | June 14, 2019 of Han | X | X | | |
| p.146-148 | July 2, 2019 email of Yu (woo318@qq.com) | X | X | | |
| p.209 | | X | X | | |
| p.237 | July 31, 2019 of Han | X | X | | |
| p.240, 242-248 | | X | X | | |
| p.292-293 | October 18, 2019 email of Yu (woo318@qq.com) | X | X | | |

2

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date and time) |
|---|---|---|---|---|---|
| p.364-365 | | X | X | | |
| p.369-370 | July 31, 2019 of Han | X | X | | |
| 101T | Translations of Ex. 101 | | | | |
| p.2 | December 25, 2018 email of Yu (woo318@qq.com) – Translation | X | X | | |
| p.3 | December 25, 2018 email of Cheng Huiyan – Translation | X | X | | |
| p.5-10 | December 25, 2018 email of Cheng Huiyan – Translation | X | X | | |
| p.11-18 | December 25, 2018 email of Cheng Huiyan - Translation | X | X | | |
| p. 20 | December 28, 2018 email of Yu (woo318@qq.com) – Translation | X | X | | |
| p.26-30 | January 3, 2019 email of Yu (woo318@qq.com) – Translation | X | X | | |
| p.31-35 | February 13, 2019 email of Yu (woo318@qq.com) – Translation | X | X | | |
| p.36-37 | February 15, 2019 email of Yu (woo318@qq.com) – Translation | X | X | | |
| p.38-40 | February 15, 2019 email of Yu (woo318@qq.com) – Translation | X | X | | |
| p.75 | June 14, 2019 of Han – translation | X | X | | |
| p. 76-77 | July 2, 2019 email of Yu (woo318@qq.com) – Translation | X | X | | |
| p.78 | | X | X | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date and time) |
|---|---|---|---|---|---|
| p.85 | December 25, 2018 email of Yu (woo318@qq.com) – Translation | X | X | | |
| p.80-81 | October 18, 2019 email of Yu (woo318@qq.com) – Translation | X | X | | |
| p.97-101 | February 17, 2019 email of Yu (woo318@qq.com) – Translation | X | X | | |
| p. 108 | July 2, 2019 email of Yu (woo318@qq.com) – Translation | X | X | | |
| p.117 | July 31, 2019 of Han – Translation | X | X | | |
| p.118 | | X | X | | |
| 101A | Folder of 14 Spreadsheets from Ex. 100 | | | | |
| p.13 | Spreadsheet Attachment to December 25, 2018 email of Cheng Huiyan | X | X | | |
| p.22 | Spreadsheet Attachment to December 28, 2018 email of Yu (Woo318@qq.com) | X | X | | |
| p.24 | Spreadsheet Attachment to December 28, 2018 email of Yu (Woo318@qq.com) | X | X | | |
| p.25 | Spreadsheet Attachment to December 28, 2018 email of Yu (Woo318@qq.com) | X | X | | |
| 101AT | Folder of 14 Translated Spreadsheets from Ex. 101A | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date and time) |
|---|---|---|---|---|---|
| *p.12* | Spreadsheet Attachment to December 25, 2018 email of Cheng Huiyan – Translation | X | X | | |
| *p.22* | Spreadsheet Attachment to December 28, 2018 email of Yu (Woo318@qq.com) – Translation | X | X | | |
| *p.24* | Spreadsheet Attachment to December 28, 2018 email of Yu (Woo318@qq.com) – Translation | X | X | | |
| *p.25* | Spreadsheet Attachment to December 28, 2018 email of Yu (Woo318@qq.com) – Translation | X | X | | |
| 101Z | Oct. 18, 2019 Email to Jin (JinGuanghua2014) | X | X | | |
| 102A | Selection of Search History from Ex. 100 | X | X | | |
| 102B | Selection of Search History from Ex. 100 | X | X | | |
| 102TA | Translations of Ex. 102 | X | X | | |
| 102TB | Translations of Ex. 102 | X | X | | |
| 103.2 | Articles from Search History Ex. 102 | X | X | | |
| 103.3 | Articles from Search History Ex. 103.3 | X | X | | |
| 103.4 | Articles from Search History Ex 103.4 | X | X | | |
| 103.5 | Articles from Search History Ex 103.5 | X | X | | |
| 103.7 | Articles from Search History Ex. 103.7 | X | X | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date and time) |
|---|---|---|---|---|---|
| 103.8 | Articles from Search History Ex. 103.8 | X | X | | |
| 103T.2 | Translations of Ex. 103T.2 | X | X | | |
| 103T.3 | Translations of Ex. 103T.3 | X | X | | |
| 103T.4 | Translations of Ex. 103T.4 | X | X | | |
| 103T.5 | Translations of Ex. 103T.5 | X | X | | |
| 103T.7 | Translations of Ex. 103T.7 | X | X | | |
| 103T.8 | Translations of Ex. 103T.8 | X | X | | |
| | | | | | |
| 111 | Selected Documents from Ex. 110 | | | | |
| p.1 | Google Subscriber Henry Han | X | X | | |
| p.2-20 | 12/5/17 emails of Han | X | X | | |
| p.21-36 | 12/6/17 emails of Han | X | X | | |
| p.38 | 12/10/17 email of Han | X | X | | |
| p.43-45 | 1/14/2018 email of Han | X | X | | |
| p.46 | 1/15/2018 Email of Han | X | X | | |
| p.63-69 | 2/27/2018 email of Han | X | X | | |
| p.70-72 | 3/13/2018 email of Han | X | X | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date and time) |
|---|---|---|---|---|---|
| p.73-76 | 3/15/2018 email of Han | X | X | | |
| p.77-80 | 4/15/2018 email of Han | X | X | | |
| p.82-85 | 5/2/2018 email of Han | X | X | | |
| p.88-95 | Attachments to 5/7/2018 email of Han | X | X | | |
| p.98-107 | 5/30/2017 email of Han | X | X | | |
| p.112 | 7/25/2018 email of Han | X | X | | |
| p.122-124 | 1/8/2019 email of Han | X | X | | |
| p.125-126 | Email of Han Cut Rag Offer | X | X | | |
| p.127-129 | 4/2/2019 email of Han | X | X | | |
| p.130-133 | 4/7/2019 email of Han | X | X | | |
| p.148-153 | 5/30/2019 email of Han | X | X | | |
| p.154-174 | 8/20/2019 email of Han | X | X | | |
| p.176-178 | 9/11/2019 email of Han | X | X | | |
| p.190-213 | 11/3/2019 email of Han | X | X | | |
| p.223-233 | 11/15/2019 email of Han | X | X | | |
| p. 237 | Google Subscriber information | X | X | | |
| p.238 | Han Email Excise Tax Registration | X | X | | |
| p.242-244 | 5/22/2018 emails of Han | X | X | | |
| p. 266-269 | 8/27/2018 email of Han | X | X | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date and time) |
|---|---|---|---|---|---|
| *p.270-271* | 8/29/2018 emails of Han | X | X | | |
| *p. 274 – 276* | 8/30/2018 emails Han | X | X | | |
| **111T** | Translations of Ex. 111 | | | | |
| *p.1* | | X | X | | |
| *p.3* | | X | X | | |
| *p.4* | | X | X | | |
| *p.5* | | X | X | | |
| *p.6* | | X | X | | |
| | | | | | |
| **121** | Selected Emails from Ex. 120 | | | | |
| *p.2-3* | Email from Netflix to Sim 7/19/2021 | X | X | | |
| *p.4-5* | Email of Sim (9/28/21) | X | X | | |
| *p.7* | Email of Sim (7/10/18) | X | X | | |
| *p.11* | Email of Sim (7/9/18) | X | X | | |
| *p.12* | Email from Sim to Han (6/28/19) | X | X | | |
| *p. 18* | Email from Sim (7/11/18) | X | X | | |
| *p.20-22* | Email from Sim (7/9/2018) | X | X | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date and time) |
|---|---|---|---|---|---|
| *p.23* | Email from Sim (7/12/18) | X | X | | |
| *p.24-28* | Google Subscriber | X | X | | |
| *p.45-46* | Email from Dubai Mall for Sim | X | X | | |
| *p.52-55* | | X | X | | |
| *p. 67-68* | Winney Receipt | X | X | | |
| *p.76-78* | License & Letter of Sim (attached to email from 10/25/17) | X | X | | |
| 121A | Spreadsheet from Ex. 120 | X | X | | |
| 121B | Subscriber Data for Ex. 120 | X | X | | |
| 121T | Translations of Ex. 121 | | | | |
| *p.1* | Translation of 121 p. 20 | X | X | | |
| *p.3, 5* | Translation of 121 p. 67-68 | X | X | | |
| *p.7* | Translation of 121 p. 23 | X | X | | |
| *p.9* | Translation of 121 p. 11 | X | X | | |
| *p.12* | | X | X | | |
| *p.14* | Translation of 121 p. 22 | X | X | | |
| *p.15* | Translation of 121 p. 18 | X | X | | |
| 123 | Google Search History from Ex. 120 | X | X | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date and time) |
|---|---|---|---|---|---|
| 124 | Shenzhen Peace May 7, 2019 Letter from RakBank | X | X | | |
| 125 | UAE Account Information – New Customer Shenzhen Peace | X | X | | |
| 126 | Shenzhen Peace & Glory Mountain March 20, 2019 Invoice | X | X | | |
| 150 | Summary Chart | X | X | | |
| 150A | Summary Chart | X | X | | |
| | | | | | |
| 200 | CTJ Business Records (4004 pages) | | | | |
| p. 1-1513 | pages. 1-1513 | X | X | | |
| p.1553-1560 | Spreadsheet of CTJ | X | X | | |
| p. 1573-1576 | Letters from Tahoma Dubai | X | X | | |
| p. 1599 | Email of Han to CTJ (5/5/19) | X | X | | |
| p.1671-1695 | Spreadsheet of CTJ | X | X | | |
| p. 1872-1873 | Email and Attachment – Electronic Funds Transfer for Tahoma Dubai | X | X | | |
| p. 1882-1883 | Spreadsheet of CTJ | X | X | | |
| p. 1917-1919 | Contract Winney and CTJ | X | X | | |
| p.2114-2117 | Lyons email (10/2/2018) | X | X | | |
| p. 2121-2124 | Email between Han and Lyons (7/19/2018) | X | X | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date and time) |
|---|---|---|---|---|---|
| p. 2135 | Letter from Winney Tobacco | X | X | | |
| p.2216-17 | Email (1/22/19) and Attachment – Electronic Funds Transfer for Tahoma Dubai | X | X | | |
| p. 2337 | Email of Han to CTJ (4/23/19) | X | X | | |
| p. 2340-2343 | Email Han (7/23/18) | X | X | | |
| p.2442-2446 | Han Email & Chain Related to Payment (4/28/18) | X | X | | |
| p. 2464 | | X | X | | |
| p.2643-45 | Han Email & Chain Related to Payment (8/24/18) | X | X | | |
| p. 2663-2664 | Lyons email (11/24/18) | X | X | | |
| p. 2886-2887 | Han email (8/2/18) | X | X | | |
| p. 3113 | Email of Han to CTJ (4/28/19) | X | X | | |
| p. 3173-3174 | Email Han (10/18/2018) | X | X | | |
| p. 3274-76 | Han Email Related to Tobacco Product (6/27/18) | X | X | | |
| p.3332 | Letter from Tahoma Dubai | X | X | | |
| p. 3367 | Email from Han (3/28/19) Re Payment | X | X | | |
| p. 3523-3526 | Han Email (12/6/2018) | X | X | | |
| p. 3537-3538 | Email and Attachment – Letter to Bank Related to | X | X | | |
| p. 3532-3536 | Email from Han (1/28/19) Re Payment Terms & Spreadsheet | X | X | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date and time) |
|---|---|---|---|---|---|
| p. 3563 | Email from Han (4/17/19) Re Payment | X | X | | |
| p.3796 | Email from Lyons (1/25/19) Re Tahoma Payment | X | X | | |
| p. 3919-3920 | Tobacco Images from CTJ | X | X | | |
| p.3923-24 | Email from Han (3/25/19) Re Hong Kong Star | X | X | | |
| p.4003-4004 | Lyons email (7/18/18) | X | X | | |
| | | | | | |
| | | | | | |
| 301 | Financial Records of JPMC | X | X | | |
| 302 | Financial Records of BNYM | X | X | | |
| 303 | Financial Records of CHIPS | X | X | | |
| 304.1 | Financial Records of JPMC | X | X | | |
| 304.1A | Subset of Financial Records of JPMC | X | X | | |
| 304.2 | Financial Records of JPMC | X | X | | |
| 304.2A | Subset of Financial Records of JPMC | X | X | | |
| 305.1 | Financial Records of Wells Fargo | X | X | | |
| 305.2 | Financial Records of Wells Fargo | X | X | | |
| 306.1 | Financial Records of Citibank | X | X | | |
| 306.2 | Financial Records of Citibank | X | X | | |
| 307.1 | Financial Records of Deutsche Bank | X | X | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date and time) |
|---|---|---|---|---|---|
| 307.1A | Subset of Financial Records of Deutsche Bank | X | X | | |
| 307.2 | Financial Records of Deutsche Bank | X | X | | |
| 307.2A | Subset of Financial Records of Deutsche Bank | X | X | | |
| 307.3 | Financial Records of Deutsche Bank | X | X | | |
| 307.3A | Subset of Financial Records of Deutsche Bank | X | X | | |
| 308 | Financial Records of JPMC | X | X | | |
| 309 | Financial Records of Wells Fargo | X | X | | |
| 310 | Financial Records of HSBC | X | X | | |
| 311 | Financial Records of BNYM | X | X | | |
| 312 | Financial Records of CHIPS | X | X | | |
| 313 | Financial Records of Citibank | X | X | | |
| 314 | Financial Records of Deutsche Bank | X | X | | |
| 315 | Financial Records of HSBC | X | X | | |
| 316 | Financial Records of JPMC | X | X | | |
| 317 | Financial Records of Standard Chartered | X | X | | |
| 317A | Subset of Financial Records of Standard Chartered | X | X | | |
| 318.1 | Financial Records of Wells Fargo | X | X | | |
| 318.2 | Financial Records of Wells Fargo | X | X | | |
| 318.3 | Financial Records of Wells Fargo | X | X | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date and time) |
|---|---|---|---|---|---|
| 318.4 | Financial Records of Wells Fargo | X | X | | |
| 318.5 | Financial Records of Wells Fargo | X | X | | |
| 318.6 | Financial Records of Wells Fargo | X | X | | |
| 319.1 | Financial Records of JPMC | X | X | | |
| 319.2 | Financial Records of JPMC | X | X | | |
| 319.3 | Financial Records of JPMC | X | X | | |
| 320 | Financial Records of CHIPS | X | X | | |
| 321 | Financial Records of Federal Reserve | X | X | | |
| 322 | Financial Records of Chinese Merchant Bank | X | X | | |
| 323 | Financial Records of Citibank | X | X | | |
| 350 | Demonstrative – Correspondent Banking | X | | | |
| 351A | Summary Exhibit – Evidence of Winney Entities Identity | X | X | | |
| 351E | Ex. 111 (p. 2, 20, 70-72, 73-76, 98, 107, 155, 174, 190, 213, & 111T p.1) – as Marked by FoA Anglin | X | X | | |
| 351F | Ex. 200 (p. 997-98) – as Marked by FoA Anglin | X | X | | |
| 352 | Summary Chart of Relevant Bank Wire Transactions – Excel Spreadsheet | | | | |
| 353 | Summary Chart of Payments to Winney Entities | X | X | | |
| 353A | Time Display of Ex. 353 Payments | X | X | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date and time) |
|---|---|---|---|---|---|
| 354A | Ex. 121 (p. 4, 5, 7, 54, 76, 77 & 121T p. 12) – as Marked by FoA Anglin | X | X | | |
| 354B | Translated Emails from hajim610@mail.com – Ex. 121 & 121T | X | X | | |
| 354C | Selected Bank Transactions from Ex. 352 | X | X | | |
| 355 | Summary Chart of Entities Paying CTJ | X | X | | |
| 356A | Summary Chart of Payments to CTJ | X | X | | |
| 356D | Ex. 200 (p. 93, 279,1353, 1882) – as Marked by FoA Anglin | X | X | | |
| 356G | Ex. 200 (p. 1882, 2443, 2444, 2445, 2446) – as Marked by FoA Anglin | X | X | | |
| 356H | Ex. 200 (p. 1882, 2444, 2445) – as Marked by FoA Anglin | X | X | | |
| 356I | Ex. 200 (p. 1882, 2443, 2444) – as Marked by FoA Anglin | X | X | | |
| 356J | Ex. 200 (p. 1882) – as Marked by FoA Anglin | X | X | | |
| 356K | Ex. 200 (p. 1575, 2216-17, 3796) – as Marked by FoA Anglin | X | X | | |
| 356L | Ex. 200 (p. 1882, 2443, 2444) – as Marked by FoA Anglin | X | X | | |
| 356M | Ex. 200 (p. 77, 81, 83, 84, 1882, 1882, 3538) – as Marked by FoA Anglin | X | X | | |
| 356N | Ex. 200 (p. 1882, 2443, 2444) – as Marked by FoA Anglin | X | X | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date and time) |
|---|---|---|---|---|---|
| 370.1 | Business Records of the FDIC - CitiBank | X | X | | |
| 370.2 | Business Records of the FDIC - DB | X | X | | |
| 370.3 | Business Records of the FDIC - HSBC | X | X . | | |
| 370.4 | Business Records of the FDIC - JPMC | X | X | | |
| 370.5 | Business Records of the FDIC – BNYM | X | X | | |
| 370.6 | Business Records of the FDIC - WF | X | X | | |
| | | | | | |
| | | | | | |
| 405 | 2019-05-13_19-54-11_EDT.wav | X | X | | |
| 405T | Translation | X | X | | |
| | | | | | |
| 501 | Email – May 14, 2019 | X | X | | |
| 501.1 | Letter from Winney Tobacco FZCO to CTJ | X | X | | |
| 502 | Email | X | X | | |
| | | | | | |
| 600 | Hong SDN Search Results | X | X | | |
| 601 | Zhou SDN Search Results | X | X | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date and time) |
|---|---|---|---|---|---|
| 608 | DHID SDN Search Results | X | X | | |
| 610 | FTB SDN Search Results | X | X | | |
| 611 | KKBC SDN Search Results | X | X | | |
| 612 | MA SDN Search Results | X | X | | |
| | | | | | |
| | | | | | |
| 700 | Dalian | X | X | | |
| 701 | Dangdong River Crossing | X | X | | |
| 704 | Winney Int'l Trading Corp. Cert from New Zealand | X | X | | |
| 705 | Transcript of Bora Potter Testimony | X | X | | |

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
)
vs.                                  )        Civil/Criminal No.: ___23-CR-091-2___
)
JIN GUANGHUA                         )
)

## NOTE FROM JURY

May we be given any guidance on charges 3, 4, 5, and 6 — which exhibits contain information relevent to those charges?

Date: ___9/26/2025___

Time: ___12:07___

_____
FOREPERSON

Members of the Jury,

  In response to your note dated September 26, 2025, at 12:07 PM, the Court directs you to the jury instructions for Counts Three through Six of the Indictment. These instructions provide you with relevant factual information on the transactions that are relevant to Counts Three through Six. These instructions can be correlated with descriptions in the Exhibit List provided by the Government. However, the Court recommends that you review all of the exhibits in order to determine which exhibits are relevant to the charges. The Court notes that many of the exhibits are searchable, which could assist you in identifying potentially relevant exhibits. The Court cannot identify evidence for the jury.

**Dated: September 26, 2025**

COLLEEN KOLLAR-KOTELLY
United States District Judge

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
)
vs.                                    )        Civil/Criminal No.: 23-CR-091-2
)
JIN GUANGHUA                           )
)

## NOTE FROM JURY

One Juror must leave at 4:40pm

Jury took a Break from 12:15 — 1:00pm

Date: 9/26/2025

Time: 12:50 pm

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |
|---|---|
| vs. | Civil/Criminal No.: ____23-CR-091-2____ |

JIN GUANGHUA

## NOTE FROM JURY

Hello! We would like to Know
our options as we are
unable to come to
a unanimous Consensus
on any of the Charges
due to the language
on "Knowingly + Willfully"
on behzif of Mr. Jin!

The jury has also not budged on the
disagreement regarding the definition of
conspiracy.

Date: ___9/24___
Time: ___2:24 pm___

FOREPERSON

Members of the Jury,

In response to your note dated September 26, 2025, at 2:24 PM, the Court determines that, considering the charges and evidence to be reviewed in this case, you have not deliberated long enough to conclude that you cannot continue to deliberate with the goal of reaching a unanimous decision.

**Dated: September 26, 2025**

COLLEEN KOLLAR-KOTELLY
United States District Judge

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
)
vs.                                  )         Civil/Criminal No.: _____23-CR-091-2_____
)
JIN GUANGHUA                         )
)

## NOTE FROM JURY

The bathrooms are out of toilet paper

Date: 3:34 pm

Time: 9/26/25

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|                     |     |                                         |
|---------------------|-----|-----------------------------------------|
|                     | )   |                                         |
|                     | )   |                                         |
| vs.                 | )   | Civil/Criminal No.: ___23-CR-091-2___   |
|                     | )   |                                         |
| JIN GUANGHUA        | )   |                                         |
|                     | )   |                                         |

## NOTE FROM JURY

The conspiracy timeline is cited as February 2009 and in or around March 2019.

Do the dates of July 8/2019 and July 31/2019 fall within the scope of "in or around March 2019"

Date: 9/26/2025

Time: 3:59 pm

___FOREPERSON___

Members of the Jury,

In your note dated September 26, 2025, at 3:59 PM, you asked whether "the dates of July 8, 2019, and July 31, 2019, fall within the scope of 'in or around March 2019.'" With respect to this question, I refer you to Instruction No. 29 ("Proof of 'On or About'"). This Instruction explains that the indictment charges Mr. Jin with conspiring to commit bank fraud, conspiring to violate IEEPA, and conspiring to launder monetary instruments during specified time periods. For each offense charged, including each of the three charged conspiracy offenses, it is for the Jury to determine whether "the evidence in the case establishes beyond a reasonable doubt that the offense was committed on a date reasonably near" the time period alleged in the indictment.

**Dated: September 29, 2025**

COLLEEN KOLLAR-KOTELLY
United States District Judge

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
vs.                                   )          Civil/Criminal No.: _____23-CR-091-2_____
)
JIN GUANGHUA                          )
_____       )

## NOTE FROM JURY

"Willfully" definition on p. 64 is confusing to jurors

At "the government, however, does not need ..."

Jurors are unsure of the meaning of the remainder of the statement:

"Aware of the specific U.S. laws"

Does this mean the defendant ① doesn't need to be aware of general U.S. laws related to sanctions, or ② doesn't need to be aware of the specific law or regulation in the US code? Or perhaps there is another interpretation you could provide.

It seems to contradict the Good faith instruction #4/

Date: __9/26/2025__

Time: __4:15pm__

_____
FOREPERSON

Members of the Jury,

In your note dated September 26, 2025, at 4:15 PM, you asked whether the definition of the term "willfully" on page 64 of the Instructions meant that "the defendant (1) doesn't need to be aware of general U.S. laws related to sanctions, or (2) doesn't need to be aware of the specific law or regulation in the U.S. Code." In response to this legal question, I instruct you that the term "willfully" means that the Government must prove that the Defendant was generally aware of the U.S. laws related to sanctions and that he acted with a bad purpose to disobey or disregard those U.S. laws. However, the Government is not required to prove that the Defendant was aware of the specific statutes or regulations related to sanctions that he is charged with violating.

Regarding your comment on the "Good Faith" instruction, I refer you to Instruction No. 41, which explains that "a defendant [who] acted in good faith, sincerely believing that he was not violating U.S. law, even if he was mistaken in that belief . . . cannot be found to have acted with the criminal intent that is required for each of the charged offenses."

Dated: September 29, 2025

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

JIN GUANGHUA

)
)
)
)
)
)

Civil/Criminal No.: _____23-CR-091-2_____

## **NOTE FROM JURY**

The jury remains split on the charges. The divide remains the same as it did at the end of deliberations on Friday. The divide is significant and several jurors on each side of the divide have eloquently laid out their own good faith arguments on the merits of their position. We do not anticipate that further time to debate or review the evidence will cause any change to their positions.

Date: _9/29/2025_

Time: _11:00_

_____
FOREPERSON

Members of the Jury,

In response to your note dated September 29, 2025, at 11:00 AM, the Court determines that, considering the seven charges and substantial evidence to be reviewed in this case, you have not deliberated long enough to conclude that you cannot continue to deliberate with the goal of reaching a unanimous decision on the charges at issue.

**Dated: September 29, 2025**

COLLEEN KOLLAR-KOTELLY
United States District Judge

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
vs.                                 )          Civil/Criminal No.: ___23-CR-091-2___
)
JIN GUANGHUA                        )
)

## NOTE FROM JURY

Friday   930 - 1215   Deliberation :                    2:45
         Beck/lunch   1215- 100pm
         100pm - 445pm   Deliberation                   3:45

Monday   930 -1100   Deliberation     1100-1200 Break  1:30
         1200        Start deliberation

Date: ___9/29/2025___

Time: ___11:59am___

_____
FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
vs.                                    )        Civil/Criminal No.: ___23-CR-091-2___
)
JIN GUANGHUA                           )
)

## NOTE FROM JURY

12 - 1230pm  Deliberations

Lunch  1230 - 130

130 -- 230pm  Deliberations

1:30  spent  since  noon

There has been no movement in the split. since 930 this
morning.  Jurors remain confident in their assessments.
Jurors have reviewed every exhibit, most several times. They
have also searched the exhibit with 1513 pages.

Date: __9/29/2025__

Time: __2:30 pm__

FOREPERSON

Members of the Jury,

In response to your notes dated September 29, 2025, at 2:30 PM and 4:00 PM, the Court determines that, considering the seven charges and substantial evidence to be reviewed in this case, you have not deliberated long enough to conclude that you cannot continue to deliberate with the goal of reaching a unanimous decision on the charges at issue.

**Dated: September 29, 2025**

COLLEEN KOLLAR-KOTELLY
United States District Judge

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

)
)
)
)
)
)

Civil/Criminal No.: _____23-CR-091-2_____

JIN GUANGHUA

15-min Break

**NOTE FROM JURY**

2:45 pm

Date: 9/29/2025

Time: 2:45

✓                      FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

Civil/Criminal No.: _____23-CR-091-2_____

JIN GUANGHUA

## NOTE FROM JURY

Jurors continue to express the same votes as this morning with no changes. There are no jurors that changed votes on any of the counts.

Deliberations began again at 3:05pm

Date: 9/29/2025

Time: 4:00pm

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
)
vs.                                              )          Civil/Criminal No.: ___23-CR-091-2___
)
JIN GUANGHUA                         )
)

## NOTE FROM JURY

We are request to speak
with the judge "on record"
tomorrow at 11am
(or at her earlest convenece)
in her chambers to discuss
next steps as we are in
a deadlock. ~~Although we feel~~
We believe Additonal time will not
make a difference.

Date: ___9/29/26___

Time: ___4:50 pm___

_____
FOREPERSON

Members of the Jury,

    In response to your note dated September 29, 2025, at 4:50 PM, in which you requested to speak with me "on record" in my chambers "to discuss next steps," I refer you to Instruction No. 44, which provides instructions on communications between the Court and the Jury during your deliberations. At this time, I will not speak with you orally about the status of your deliberations, but you may continue to send me notes signed by your foreperson or by one or more members of the jury. I remind you of my prior instruction that during your deliberations, you must not reveal to any person how the jury is divided on any matter. Please resume your deliberations at this time.

**Dated: September 30, 2025**

Colleen Kollar-Kotelly

COLLEEN KOLLAR-KOTELLY
United States District Judge

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
vs. )          Civil/Criminal No.: _____23-CR-091-2_____
)
JIN GUANGHUA )
)

## NOTE FROM JURY

Your Honor,

With deepest respect to the Court, the parties, and the staff, we are all thoughtful people of good conscience, who have re-examined the evidence and have made consistent, earnest efforts to reach a unanimous decision on any of the Counts. It cannot be done - We are unable to force jurors to change their honestly held conclusions based on the evidence.

As good citizens we will, of course, continue to report as the Court directs us. However, the jury is unanimous that positions will not be changed.

Date: 9/30/25

Time: 10:25 am

_____
FOREPERSON

Members of the Jury,

In response to your third note dated September 30, 2025, at 10:25 AM, I have the following instruction to share with you:

The verdict must represent the considered judgment of each juror. In order to return a verdict, it is necessary that each juror agree to the verdict. In other words, your verdict must be unanimous.

It is your duty, as jurors, to consult with one another and to deliberate with a view to reaching an agreement, if you can do so without violence to individual judgment. Each of you must decide the case for yourself but do so only after an impartial consideration of the evidence with your fellow jurors. In the course of your deliberations, do not hesitate to reexamine your own views and change your opinion if convinced it is erroneous. But do not surrender honest conviction as to the weight or effect of evidence solely because of the opinion of your fellow jurors, or for the mere purpose of returning a verdict.

You are not partisans. You are judges—judges of the facts. Your sole interest should be to reach a just verdict from the evidence in the case.

**Dated: September 30, 2025**

COLLEEN KOLLAR-KOTELLY
United States District Judge

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
vs.                              )       Civil/Criminal No.: _____23-CR-091-2_____
)
JIN GUANGHUA                     )
)

## NOTE FROM JURY

Juror #1 has a non-refundable flight from Thursday to Monday

Juror #2 has a non-refundable flight from Friday to Monday

Juror #5 has a non-refundable flight from Thursday to Sunday

Juror #10 has a non-refundable flight from Friday to Sunday

Juror #5 has a previously noted speaking engagement from 8:30-9:30am on Wednesday and would be able to arrive by 10:00am if allowable by the court.

Date: _____9/30/2025_____

Time: _____9:42am_____

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
vs.                                )        Civil/Criminal No.: ___23-CR-091-2___
)
JIN GUANGHUA                       )
)

## NOTE FROM JURY

Hello Today marks the end of the
federal fiscal year. Can you please
share with us if this court and
our work as jurors is effected
by a shutdown after 11:59pm EST 9/30/25

Date: 9/30/25

Time: 9:52

FOREPERSON

Members of the Jury,

The Court would like to inform you of additional information regarding the funding of activities at the courthouse. At present, you will receive payment for your service on the jury through October 17.

**Dated: October 1, 2025**

COLLEEN KOLLAR-KOTELLY
United States District Judge

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |
|---|---|
| vs. | ) ) ) ) ) ) |

JIN GUANGHUA

Civil/Criminal No.: ___23-CR-091-2___

## NOTE FROM JURY

Hi Ms Dorothy ("

Here's our lunch order.

We know no special order allowed.

Date: ___9/30/26___

Time: ___2:18___

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

                     vs.

JIN GUANGHUA

Civil/Criminal No.: _____23-CR-091-2_____

**NOTE FROM JURY**

3:03 ⎫ Break
3:23 ⎭

Time Spent in Deliberations

9:42 – 12:30
1:30 – 3:03
3:23 – 4:55


10:30 – 12:30                    Lunch   1230–1330
1:30 – 3:35                      Break   3:35 – 3:55
3:55 – 4:45


#1: One juror has ~~today~~ a hard stop
at 4:45pm. Can the judge
accommodate please?


#2: Can we have a 9:30am start time daily next week?
A juror is unable to arrive until then, as stated in jury selection.

Date: 9/30/2025, 10/1/2025

Time: 3:55

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

```
                              )
                              )
            vs.               )        Civil/Criminal No.: ___23-CR-091-2___
                              )
JIN GUANGHUA                  )
                              )
```

## NOTE FROM JURY

Juror ~~Dismisses~~ requests related to prior arrangements
scheduled by jurors.

Hotel Helicoptere at Tuesday Week 2025        One juror is unavailable
11³⁰ - 3pm  in Wednesday  10/8/2025           between 11³⁰-3

10/10/25 Friday start at 11am        One juror is unable to start before 11am

10/9/25 Thursday - 1pm departure        One juror must leave at 1pm

10/7/25 Tuesday - 3:30pm departure        One juror must leave at
                                               3:30pm

Date: __10/7/2025__

Time: __10¹⁰ am__

⌒

FOREPERSON

Members of the Jury,

In response to your note dated October 7, 2025, at 10:10 AM, in which you requested that the jury be in recess for certain time periods this week, I advise you that I will release you at 3:30 p.m. today, Tuesday, October 7. Jurors requesting that the jury be in recess later this week should each write me separate notes briefly explaining the reasons for their requests. It is not necessary for these notes to be signed by the foreperson or seen by other jurors.

**Dated: October 7, 2025**

Colleen Kolla-Kotelly
COLLEEN KOLLAR-KOTELLY
United States District Judge

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |
|---|---|
| vs. | ) ) ) ) ) ) |

Civil/Criminal No.: ___23-CR-091-2___

JIN GUANGHUA

## **NOTE FROM JURY**

We are writing to clarify a problem
with exhibit 111T, P 1-5. The first page
is an email with the time stamp
December 5, 2017, which lists several
attachments by file names. However,
the following pages are not those
files - they are dated 2018 and
appear unrelated and perhaps erroneous.
Should we consider this exhibit?
Is it possible to review the correct
attachments? Thank You.

Date: ___10/7___

Time: ___10:20am___

FOREPERSON

Members of the Jury,

In response to your note dated October 7, 2025, at 10:20 AM, in which you requested clarification regarding Exhibit 111T, I advise you that the admitted pages of Exhibit 111T are evidence. You should consider that evidence and give it such weight as you think it fairly deserves. I also advise you that you heard testimony that Exhibit 111T contains English translations of certain documents that appear in admitted pages of Exhibit 111. The admitted pages of Exhibit 111, like the admitted pages of Exhibit 111T, are evidence.

**Dated: October 7, 2025**

COLLEEN KOLLAR-KOTELLY
United States District Judge

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
)
vs.                    )          Civil/Criminal No.: ___23-CR-091-2___
)
JIN GUANGHUA              )
_____ )

## NOTE FROM JURY

The jury has not reached a unanimous verdict on
any of the 7 counts. The jurors have articulated their beliefs
on their personal judgments. Each juror has defended their
judgment with deep consideration about all of the evidence.
None of the jurors believes they can change their position without
violating their honest convictions about the evidence. Jurors have
attempted to convince each other of the opposing viewpoint since
the beginning of deliberations. We have collectively reviewed the
hundreds of exhibits multiple times and believe that the review
is exhaustive and complete. The jurors considered this evidence
and remain severely divided in our judgments for each of the
7 counts. We collectively agree that the divide cannot be solved
unless jurors violate their convictions in order to reach unanimous
decision on any count.

Date: ___10/7/2025___

Time: ___12:25___

_____
FOREPERSON

Members of the Jury,

I have received your three notes dated October 7, 2025, at 10:10 AM, 10:20 AM, and 12:25 AM. After conferring with counsel, I have answers to your first two notes, from 10:10 AM and 10:20 AM. Do you want to receive my answers to these two notes before I consider your third note from 12:25 PM?

**Dated: October 7, 2025**

COLLEEN KOLLAR-KOTELLY
United States District Judge

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
)
vs.                                 )          Civil/Criminal No.: _____23-CR-091-2_____
)
JIN GUANGHUA                        )
_____)

## NOTE FROM JURY

The jury is okay with receiving all of the
answers at one time

We want to hear the answer to the
#3 question at 12:25p

Date: 10/7/25

Time: 1:20pm

FOREPERSON