April XX, 2021

Michael Grady, Assistant U.S. Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth Street NW
Washington, D.C. 20001

**VIA [METHOD]**

J.P. MORGAN CHASE BANK
DIRECTOR OF CORRESPONDENT BANK SERVICES
Address [forthcoming]
City, State  ZIP

Re:    **Cooperativa Tabacalera de JuJuy, Ltda. ("CTJ").**

Dear Sirs:

Please be advised that Cooperativa Tabacalera de JuJuy, Ltda. ("**CTJ**") has collaborated with the Department of Justice since 2019 in connection with an ongoing investigation of illegal trade of agricultural products with the Democratic People's Republic of Korea ("**DPRK**").  As you know, since at least September, 2017, the United States government has imposed  sanctions on entities that facilitate financial transactions and trade with the DPRK. CTJ is an Argentine tobacco cooperative that sells to its customers worldwide.  Among the markets to whom CTJ sells is  Hong Kong and the People's Republic of China ("**PRC**") where it has done business for years. However,  the Department of Justice has determined that CTJ has never transacted business with customers in the DPRK.

In the early stages of its investigation, at the Department of Justice's request, the Department of Treasury's Office of Foreign Asset Control ("**OFAC**") issued a block order on fund transfers from a CTJ customer to CTJ.  After follow-up review from and at the request of the Department of Justice, OFAC agreed to lift its freeze order and substantial funds were and have been released to CTJ.

We understand that it may be that wire transfer system alerts remain in connection with payments to CTJ.  This is to confirm that neither the Department of Justice nor OFAC has cause to believe that CTJ is engaged in any prohibited transactions subject to OFAC sanctions and, in particular, with trade to or from the DPRK. CTJ has requested that we prepare this information for your consideration to avoid any future misunderstandings.

We ask that should you have any questions in this regard, you kindly contact this office for further information and confirmation.

Very truly yours,


Michael Grady
Assistant U.S Attorney

J.P. Morgan Chase Bank
April XX, 2021
Page 2 of 2