| | |
|---|---|
| **From:** | Anglin, Dawson (PX) (FBI) |
| **To:** | Grady, Michael (USADC); Gallante, Joy (PX) (FBI); Recker, David (NSD) (JMD) |
| **Subject:** | RE: Letter from M. Grady to JP MORGAN Dir of CBS (re CTJ) |
| **Date:** | Monday, April 5, 2021 2:03:00 PM |

Mike,

You are correct. We cannot agree to this letter the way it is written. They have extensive historical DPRK business. We sent a letter to the banks in the past about CTJ's cooperation and we have never followed up with an additional letter like this. At this point, based on past cases, it is on CTJ to contact the banks and convince them that they have taken appropriate steps in their compliance programs to not interact with sanctioned countries. I don't think we need to be involved. If they want to know who they should talk to at the banks I think we could help them with that.

Dawson

**From:** Grady, Michael (USADC) <Michael.Grady3@usdoj.gov>
**Sent:** Monday, April 5, 2021 10:38 AM
**To:** Gallante, Joy (PX) (FBI) <jgallante@fbi.gov>; Anglin, Dawson (PX) (FBI) <danglin@fbi.gov>; Recker, David (NSD) (JMD) <David.Recker@usdoj.gov>
**Subject:** [EXTERNAL EMAIL] - FW: Letter from M. Grady to JP MORGAN Dir of CBS (re CTJ)

Paul Peralta has asked for a generic letter that he can provide to banks. Have we ever done this before? I indicated that I would prefer to contact banks on a one-off basis.

Also, I don't think we can say that CTJ never engaged in transactions with customers in NK, right?

**From:** Paul Peralta <paulperalta@mvalaw.com>
**Sent:** Monday, April 5, 2021 1:32 PM
**To:** Grady, Michael (USADC) <MGrady2@usa.doj.gov>
**Cc:** Lucas Pérès <lperes@saraviafrias.com>
**Subject:** Letter from M. Grady to JP MORGAN Dir of CBS (re CTJ)

Mike,
Good speaking with you. This is the generic letter I mentioned by phone. Let us know if this meets with your approval.
If not, we can discuss what steps our client can take to address fund transfer blocks in the event they occur during this critical export season.
Many thanks.
Paul

**Paul J. Peralta**
Attorney at Law
T 704.331.1024
F 704.339.5869
paulperalta@mvalaw.com

**Moore&VanAllen**    100 North Tryon Street
Suite 4700
Charlotte, NC 28202

704.331.1000
www.mvalaw.com

CONFIDENTIAL & PRIVILEGED Unless otherwise indicated or obvious from the nature of the following communication, the information contained herein is attorney-client privileged and confidential information/work product. The communication is intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of this communication. Thank You.

**Moore & Van Allen**