| | |
|---|---|
| **From:** | Anglin, Dawson (PX) (FBI) |
| **To:** | Grady, Michael (USADC); Gallante, Joy (PX) (FBI); Recker, David (NSD) (JMD) |
| **Subject:** | RE: Letter from M. Grady to JP MORGAN Dir of CBS (re CTJ) |
| **Date:** | Monday, April 5, 2021 2:03:00 PM |

Mike,

████████████████████████████████████ They have extensive historical DPRK business. ████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████

Dawson