**Note No. 7**

Members of the Jury,

I am writing in response to your four notes dated April 27, 2026, at 11:07 a.m., 11:09 a.m., 11:11 a.m., and 11:15 a.m., in which you informed me of four requests for recesses to allow jurors to attend to prior commitments.

I will recess the trial no later than 3:00 p.m. tomorrow, Tuesday, April 28, and I will ask you to resume your deliberations at 9:00 a.m. on Wednesday, April 29.

**Dated:** April 27, 2026

COLLEEN KOLLAR-KOTELLY
United States District Judge