**Note No. 8**

Members of the Jury,

I am writing in further response to your four notes dated April 27, 2026, at 11:07 a.m., 11:09 a.m., 11:11 a.m., and 11:15 a.m., in which you informed me of four requests for recesses to allow jurors to attend to prior commitments.

You will have a day off from your deliberations on Thursday, April 30.  At the end of the day on Wednesday, April 29, I will dismiss you for the day and ask you to resume your deliberations at 9:00 a.m. on Friday, May 1.

**Dated:** April 27, 2026

COLLEEN KOLLAR-KOTELLY
United States District Judge