CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|                          |       |                        |                    |
|--------------------------|-------|------------------------|--------------------|
|                          | )     |                        |                    |
|                          | )     |                        |                    |
|                          | )     |                        |                    |
| vs.                      | )     | Civil/Criminal No.:    | 23-cr-091-2 (CKK)  |
|                          | )     |                        |                    |
| JIN GUANGHUA             | )     |                        |                    |
|                          | )     |                        |                    |

### NOTE FROM JURY

Honorable Judge and Court,

   The deliberation process has met a standstill. As previously mentioned via email 3/25/26, the rising transportation costs exceed daily court pay. I have now exceeded my original $2,000 maximum. Court pay will offset approximately half.

   Please consider our release.

   Thanks

Date: 4/28/26

Time: 11:25 am

FOREPERSON