CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

<table>
<tr><td></td><td>)</td><td rowspan="6">Civil/Criminal No.:    23-cr-091-2 (CKK)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td>VS.</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td>JIN GUANGHUA</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
</table>

## NOTE FROM JURY

In response to your note from earlier note, we the jury have come to a consensus that further deliberation will not result in a unanimous verdict. We have discussed the evidence at legnth and have not been able to come to a decision. We would like to end deliberations at this point the jury has unanimously decided that further deliberations will not result in a verdict.

Date: 4/29

Time: 1:55

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
vs.                                            )        Civil/Criminal No.:  23-cr-091-2 (CKK)
)
JIN GUANGHUA                                   )
)

## NOTE FROM JURY

Start time: 10:38
lunch 12:20 - 1:20

Date: 4/29

Time: 1:55

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

| | | |
|---|---|---|
| | ) | |
| | ) | |
| VS. | ) | Civil/Criminal No.: __23-cr-091-2 (CKK)__ |
| | ) | |
| JIN GUANGHUA | ) | |
| | ) | |

## NOTE FROM JURY

Start time 9:21

Morning break 10:20-10:35

lunch 12:35- 1:35

Date: __4/28__

Time: __82:15__

FOREPERSON