## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JIN GUANGHUA,

Defendant.

Criminal Action No. 23-091-2 (CKK)

## VERDICT FORM

We, the Jury, unanimously find the following:

## COUNT ONE

With respect to the charge in Count One of the Indictment, conspiracy to commit bank fraud, we find the Defendant, **JIN GUANGHUA**:

GUILTY: _____          NOT GUILTY: __✓_____

## COUNT TWO

With respect to the charge in Count Two of the Indictment, conspiracy to violate the International Emergency Economic Powers Act, we find the Defendant, **JIN GUANGHUA**:

GUILTY: _10___          NOT GUILTY: _2___

*[Continue to Next Page]*

1

## COUNT THREE

With respect to the charge in Count Three of the Indictment, violation of the International Emergency Economic Powers Act on or about June 20, 2018, we find the Defendant, **JIN GUANGHUA**:

GUILTY: __10__                    NOT GUILTY: __2__

## COUNT FOUR

With respect to the charge in Count Four of the Indictment, violation of the International Emergency Economic Powers Act on or about June 20, 2018, we find the Defendant, **JIN GUANGHUA**:

GUILTY: __10__                    NOT GUILTY: __2__

## COUNT FIVE

With respect to the charge in Count Five of the Indictment, violation of the International Emergency Economic Powers Act on or about July 12, 2018, we find the Defendant, **JIN GUANGHUA**:

GUILTY: __10__                    NOT GUILTY: __2__

*[Continue to Next Page]*

2

## COUNT SIX

With respect to the charge in Count Six of the Indictment, violation of the International Emergency Economic Powers Act on or about March 1, 2019, we find the Defendant, **JIN GUANGHUA**:

GUILTY: _____9_____          NOT GUILTY: _____3_____

## COUNT SEVEN

With respect to the charge in Count Seven of the Indictment, conspiracy to commit international promotional money laundering, we find the Defendant, **JIN GUANGHUA**:

GUILTY: _____9_____          NOT GUILTY: _____3_____

**Signed:** _____
                    *Jury Foreperson*

**Date:** _____4/29/26_____