**Note No. 9**

Members of the Jury,

I received your notes dated April 28, 2026, at 9:52 a.m., 10:31 a.m., and 11:25 a.m.  As Judge Walton said yesterday, I am sympathetic to the financial, medical, and personal concerns that you have raised.

First, as Judge Walton instructed you yesterday, if further assistance from the Court regarding the meaning of the legal instructions in this case would be of assistance to you, you may—but you are not required to—send me a note identifying those instructions or the words of the instructions for which you are seeking further clarification.

Second, I remind you that it is your duty to consult with one another and to deliberate with a view to reaching an agreement, if you can do so without violence to individual judgment. However, you must not surrender honest conviction as to the weight or effect of evidence solely because of the opinion of your fellow jurors, or for the mere purpose of returning a verdict.

Keeping these principles in mind, please send me a note letting me know if there is a consensus within the jury regarding whether further deliberations could result in your being able to return a unanimous verdict.

**Dated:** April 29, 2026

COLLEEN KOLLAR-KOTELLY
United States District Judge